## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| ANTHONY JOHNSON, | : No. 86 EM 2015 |
| Petitioner | : |
| | : |
| v. | : |
| | : |
| COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, CRIMINAL DIV., JUDGE WILLIAM J. MAZZOLA ET AL., | : |
| Respondents | |

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of September, 2015, the Application to Invoke Extraordinary Jurisdiction is **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filing to counsel of record and to strike the name of the jurist from the caption.